# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br>vs.<br>KORTNEY JAMTAAS<br>Defendant. | Case No. 4:19-PO-05101-JTJ<br>**ORDER** |

The Defendant filed a Motion to the Court to allow defendant to appear by telephone. Therefore:

IT IS HEREBY ORDERED Defendant in this matter may appear telephonically for the Change of Plea hearing set for September 12, 2019 at 9:00 a.m. Defense council will contact the Clerk of Court for the call-in information.

DATED this 9th day of September, 2019.

John Johnston
United States Magistrate Judge