# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　　Plaintiff,<br>vs.<br>KORTNEY JAMTAAS,<br>　　　　　Defendant. | Case No. 4:19-PO-05101-JTJ<br>**ORDER** |

IT IS HEREBY ORDERED that the change of please hearing is RESET for October 3, 2019 at 9:00 a.m. at the Missouri River Federal Courthouse, Great Falls, Montana.

DATED this 11th day of September, 2019.

_____
John Johnston
United States Magistrate Judge