# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KORTNEY E. JAMTAAS,<br><br>Defendant. | PO-19-5101-GF-JTJ<br><br>VIOLATIONS:<br>6026879<br>6026880<br>Location Code: M13<br><br>ORDER |

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that the defendant shall pay a total fine amount of $630 ($600 and a $30 processing fee for violation number: 6026879). The total fine amount will be paid in full on or before April 3, 2020. Payment(s) should be mailed to the following address:

Central Violations Bureau
P.O. Box 780549
San Antonio, TX 78278

The check(s) should be made out to the U.S. Courts - CVB. Defendant may also pay online at www.cvb.uscourts.gov.

IT IS FURTHER ORDERED that violation 6026879 is amended to reflect the defendant is pleading guilty to "unsafe operation of a motor vehicle" in

violation of 36 C.F.R. 4.22(b)(1), and violation 6026880 is DISMISSED. The defendant shall enroll in and complete the Montana Assessment, Course, and Treatment Program (or a similar program in state of residency).

IT IS FURTHER ORDERED that the bench trial in the above captioned matter, currently scheduled for October 3, 2019, is VACATED.

DATED this 30th day of September, 2019.

John Johnston
United States Magistrate Judge